UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES LITTON MORRIS,

    Plaintiff,

v.                                                          Case No. 3:23cv739-LC-HTC

ESCAMBIA COUNTY,

    Defendant.
_____/

## **ORDER**

       The magistrate judge issued a Report and Recommendation on July 10, 2023 (ECF No. 24), recommending the Defendant's motion to dismiss (ECF Doc. 17-1) be granted and this case dismissed for failure to exhaust.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

       Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto (docs 28 & 29.), I have determined the Report and Recommendation should be adopted.

       Accordingly, it is **ORDERED**:

       1.    The magistrate judge's Report and Recommendation (ECF No. 24) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for failure to exhaust administrative remedies.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of August, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**